AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     4:23-cv-10172-SDK-APP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lending 3, Inc. f/k/a gotmorgage.com**
was recieved by me on  **2/01/2023:**

[X]  I personally served the summons on the individual at **17220 Newhope Street, 213, Fountain Valley, CA 92708** on **02/09/2023**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   02/09/2023

*Server's signature*

**April Newtran**
*Printed name and title*

**2763 De Soto Ave.
Costa Mesa, CA 92626**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Lending 3, Inc. f/k/a gotmorgage.com with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs with an accent.**




Tracking #: **0100943041**