UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HOME POINT FINANCIAL
CORPORATION d/b/a HOMEPOINT,

    Plaintiff,　　　　　　　　　　　Case No. 23-cv-10172

vs

LENDING 3, INC.
f/k/a GOTMORTGAGE.COM,

    Defendant.
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against **Lending 3, Inc. f/k/a Gotmortgage.com** for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Lending 3, Inc. f/k/a Gotmortgage.com at 17220 Newhope Street, 213, Fountain Valley, CA 92708 by **personal service**.

2. The Defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The Defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: March 7, 2023

/s/Erik H. Johnson
Signature
P85017
Bar No.
38505 Woodward Avenue, Suite 100
Street Address
Bloomfield Hills, MI 48304
City, State, Zip Code
(248) 433-2311
Telephone Number
ejohnson@plunkettcooney.com
Primary Email Address

Open.29462.30072.30687012-1