UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOME POINT FINANCIAL CORPORATION,<br>            Plaintiff,<br><br>v.<br><br>LENDING 3, INC.,<br>            Defendant. | Case No. 23-10172<br>District Judge Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## ORDER TO SHOW CAUSE

Plaintiff Home Point Financial Corporation initiated this civil action against Defendant Lending 3, Inc. on January 23, 2023. ECF No. 1. A Summons was issued on January 23, 2023. ECF No. 2. A Certificate of Service/Summons Returned Executed was filed on February 13, 2023. ECF No. 3. Plaintiff requested a Clerk's Entry of Default (ECF No. 4) on March 7, 2023, and default was entered on March 9, 2023. ECF No. 5. Since the Clerk's Entry of Default, plaintiff has made no effort to file a motion for default judgment against the defendant.

When "parties have taken no action for a reasonable time, the Court may, on its own motion after reasonable notice," dismiss the case for failure to prosecute "unless good cause is shown." E.D. Mich. LR 41.2.

Accordingly, the Court orders Home Point Financial Corporation to show cause in writing, within fourteen (14) days of the entry of this order, why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

                                                    s/Shalina D. Kumar  
                                                  SHALINA D. KUMAR  
                                                  United States District Judge

Dated: June 23, 2023