UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME POINT FINANCIAL
CORPORATION d/b/a HOMEPOINT,

    Plaintiff,

                                Case No. 23-10172
                                District Judge Shalina D. Kumar
                                Magistrate Judge Anthony P. Patti

 v.

LENDING 3, INC.
f/k/a GOTMORTGAGE.COM,

    Defendant.
_____

**RESPONSE TO THE COURT'S JUNE 23, 2023 ORDER TO SHOW CAUSE**

       The Court issued a show cause order on June 23, 2023, requiring Plaintiff, Home Point Financial Corporation d/b/a Homepoint ("Homepoint"), to show cause in writing why this case should not be dismissed for want of prosecution. An agreement acceptable to all parties has been reached. The final executed documents were delivered to Plaintiff on June 27, 2023. Plaintiff anticipates that this matter will be dismissed with prejudice by the end of the month.

       Plaintiff requested a Clerk's Entry of Default on March 7, 2023 (ECF No. 4). Shortly thereafter, counsel for Defendant reached out to the undersigned to discuss the possibility of settlement near the time the Clerk entered the default (ECF No. 5).

The parties have been engaged in constant and lengthy settlement discussions since that time, which eventually resulted in a resolution.

Plaintiff asks the Court not to dismiss this action before July 31, 2023. The undersigned is confident that this matter will be resolved by July 31, 2023, based on the undersigned's knowledge of the parties' agreement.

Respectfully submitted,

**PLUNKETT COONEY**

/s/ *Erik Johnson*_____
Erik Johnson (P85017)
Plunkett Cooney
38505 Woodward Ave Ste 100
Bloomfield Hills, MI 48304
Telephone: (248) 433-2311
Email: ejohnson@plunkettcooney.com

*Counsel for Home Point Financial Corporation*

Dated: July 7, 2023

Open.29462.30072.31393969-1