**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HOME POINT FINANCIAL
CORPORATION d/b/a HOMEPOINT,

    Plaintiff,

v.                                                                  Case No. 23-10172
                                                                    District Judge Shalina D. Kumar
                                                                    Magistrate Judge Anthony P. Patti

LENDING 3, INC.
f/k/a GOTMORTGAGE.COM,

    Defendant.
_____

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties in this matter have settled this dispute. Plaintiff Homepoint Financial Corporation dismisses this case with prejudice under Federal Rule of Civil Procedure 41(a). The dismissal is without costs or fees to either party.

    Respectfully submitted,

    **PLUNKETT COONEY**

    /s/ *Erik Johnson*_____
    Erik Johnson (P85017)
    Plunkett Cooney
    38505 Woodward Ave Ste 100
    Bloomfield Hills, MI 48304
    Telephone: (248) 433-2311
    Email: ejohnson@plunkettcooney.com
    *Counsel for Home Point Financial Corporation*

Dated: July 19, 2023

Open.29462.30072.31465208-1